# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED
OCT 2 3 2023

Case No. _____

_(to be filled in by the Clerk's Office)_

John P. Jandrew

Plaintiff(s)
_(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

-v-

Rowan County see Att'd

Defendant(s)
_(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                    John P. Jandrew

All other names by which
you have been known:       John, Junkyard, Junk

ID Number                           215768

Current Institution             Rowan County Detention facility

Address                              115 w. liberty st.

Salisbury                    NC          28144
*City*                       *State*              *Zip Code*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                                    Rowan County Sheriffs office

Job or Title *(if known)*      Public office

Shield Number

Employer                            Rowan County

Address                              232 N. main st.

Salisbury                    NC          28144
*City*                       *State*              *Zip Code*

☑ Individual capacity   ☑ Official capacity

Defendant No. 2

Name                                    Rowan County District Attorneys

Job or Title *(if known)*      office, public office

Shield Number

Employer                            Rowan County

Address                              232 N. main st.

Salisbury                    NC          28144
*City*                       *State*              *Zip Code*

☑ Individual capacity   ☑ Official capacity

Defendant No. 3
    Name                Ryan BarKLey
    Job or Title *(if known)*   Detective, Lt.
    Shield Number      RCSO 01059
    Employer          Rowan county sheriffs office
    Address           232 N. main st.
                   Salisbury         NC        28144
                   *City*             *State*       *Zip Code*
    ☑ Individual capacity   ☑ Official capacity

Defendant No. 4
    Name                Greene
    Job or Title *(if known)*   Assistant D/a
    Shield Number
    Employer          Rowan county District Attorneys
    Address           office. 232 N. main st.
                   Salisbury         NC        28144
                   *City*             *State*       *Zip Code*
    ☑ Individual capacity   ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    See Attached;

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

see Attached;

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

see Attached;

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

see Atached;

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

see Attached;

C.      What date and approximate time did the events giving rise to your claim(s) occur?

9-2-2022, See Attached;

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached;

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

mental Tourment, financial Deprivation, See Att

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Change laws, Compensation, remove officer from Duty. See Attached;

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Some, See Attached

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

_____

2.   What did you claim in your grievance?

_____

3.   What was the result, if any?

_____

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*The Grievance System Dont Cover Claims.*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*No response, klosk, Informed sheriff of Perjurg.*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*filed habeas corpus Petitions.*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

- [✓] Yes
- [ ] No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   John P. Jandrew
   Defendant(s)   Doctor Corigan et Al

2. Court *(if federal court, name the district; if state court, name the county and State)*

   United States District Court Middle District NC

3. Docket or index number
   Civil Action No. 1:23CV800

4. Name of Judge assigned to your case
   Not Known

5. Approximate date of filing lawsuit
   Not Approximate   9-15-2023

6. Is the case still pending?
   - [✓] Yes
   - [ ] No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _10-19-2023_

| | |
|---|---|
| Signature of Plaintiff | |
| Printed Name of Plaintiff | John P. Jandrew |
| Prison Identification # | 215768 |
| Prison Address | 115 w. liberty st |
| | Salisbury    NC    28144 |
| | City    State    Zip Code |

### B. For Attorneys

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | City    State    Zip Code |
| Telephone Number | |
| E-mail Address | |



Defendants:

1. Detective Ryan Barkley, 232 N. main st. salisbury, Nc, 28144  Badge # RCSO 01059

2. Detective A. Ratledge, 232 N. main St. sailsbury, Nc, 28144  Badge # RCSO 01232 official and individual capacity.

3. Rowan County sheriffs office, 232 N. main st. salisbury, Nc, 28144

4. Assistant District Attorney Jeniffer Greene, 232 N. main st. salisbury, Nc, 28144

5. Rowan County District Attorneys office, 232 N. main st. salisbury, Nc, 28144


Plaintiffs Return Address; John P. Jandrew 115 w. liberty st. salisbury, Nc, 28144



(B). Basis for Jurisdiction; Defendants violated:

1. The fourth Amendment,

2. The Fifth Amendment,

3. The sixth Amendment,

4. The eighth Amendment,

5. The Thirteenth Amendment,

6. The fourteenth Amendment,

7. The Fifth Amendment through the fourteenth,

8. The eighth Amendment through the fourteenth

9. 18 U.S.C sec 242 Deprivation of Rights under color of law.

10. 18 U.S.C Sec 241 Conspiracy against Rights

11. 18 U.S.C sec 1038 False information and Hoakes.

Pg 2



(D). Basis For Jurisdiction; statement of Claim (A)(B)

1. upon belief and information, Defendants used False statements, testimony, To show Probable Cause to issue a warrant.

2. Defendants were notified that another suspect, was influencing other People to give false statements, and chose to turn a blind eye towards it.

3. while officers were either interigating, or transporting the Plaintiff to and fro The interigation room, Plaintiff asked one of the officers, why they were charging him, when they knew that the other suspect was Pushing a false narritive, one Replied; that The Plaintiff didn't give a good statement, violation of Plaintiffs Fifth Amendment Right.



(D). Basis for Jurisdiction; statement of claim (A)(B)

4. On 12-31-2021 The Plaintiff Told investigators, That He was at home Durring The commission of the crime, That he had a home security system, with surveillance footage showing such.

(A). By Detectives neglect to obtain The security footage, it caused;

1. The Plaintiffs Fourth amendment Right to be violated, by negating the Plaintiff, the oppertunity, To Disprove Probable cause, prior to issuence of the warrant.

2. The Plaintiffs, Eighth amendment to be Violated, as footage would have, and could have, been issued to recieve an obtainable bond, one that is not in excess of what he can afford, or one That Does not so high as to restrain him of life, liberty, and possesions, without Due Process of law.



(D). Basis for Jurisdiction; Statement of claim (A) (B)
4. (A). 3. The Plaintiffs Thirteenth Amendment Right,
As his servitude is involuntary, "Punishment
is Defined as restraint on liberties," imprisonment,
(NC constitution Article 11 sec 1), as video
Proof, would have disproved The Allegations
against him.

4. The Plaintiffs Fourteenth Amendment Right,
as The officers Neglect to secure footage,
Knowing the Plaintiff to be a suspect,
Violates his Due process Rights.

5. The footage is No longer obtainable,
as The footage was on Cloud based storage,
Detectives waited almost a whole year later
to arrest.

5. The District Attorneys office waited
almost 13 months to indict the Plaintiff,
while the Plaintiff, was, and has been,
in custody since Arrest, Violating the
Plaintiffs; Fourth, Sixth, Thirteenth, and
Fourteenth Amendment Rights.



(D). Basis for Jurisdiction; statement of Claim (A)(B)

6. Due To The District Attorneys office, at the Plaintiffs Bond hearings (1-25-2023; 10-4-2023) Argueing, That the Plaintiff had pending charges, (which he has the presumption of innocence), violated the Plaintiffs Eighth Amendment Right, as it Deprived him of life, liberty, and property without Due process of law, also violating His Fourteenth Amendment Right, as it Gave weight to the Judges Decision Not to make the Plaintiffs Bond affordable, although the weight of evidence was De minimis

7. At The Plaintiffs Probable Cause Hearing, 9-27-2023, (Arrest was 9-2-2022) Detective Barkley, under oath, willfully made, two possibly three false statements, of material relevant, to the issue at hand, committing PerJury. Violating The Plaintiffs Fourteenth, Fifth Through the fourteenth, Fourth, and Thirteenth Amendment Rights.



(D) Basis For Jurisdiction; statement of Claim (A)(B)

8. The D/a's office failed to impartialy minister Justice, as they have the information, showing Detective Barkley committed perjury, Failing to rectify the situation, Violating the Plaintiffs Fourth and Fourteenth Amendment Rights.

9. The Plaintiff had to Petition The Nc Court of Appeals, with respect to a writ of Habeas Corpus, Remanding Rowan County to hold a Probable Cause Hearing, which was Granted, as the Plaintiff was Held 5 Days short of thirteen months, preindictment, violating his fourth, Fourteenth Amendment Rights.

10. At that Probable Cause Hearing, The Plaintiff Believes He was indicted, where The state failed to show Probable Cause, That the Plaintiff committed the offence, Violating his Fourth and Fourteenth Amendment Rights.



D. Basis for Jurisdiction; statement of claims (A)(B)

11. At the First Apearance, Either Detective Barkley, or Detective Ratledge requested, To The Judge That I be held with no Bond, which the Judge affirmed. Violating The Plaintiffs Fourth and Fourteenth, as well as eighth, amendment Rights.

12. Bail is To be assessed by The following;
1. The nature and circumstances of the offense charged

2. The weight of evidence against Deffendant

3. The Defendants family ties

4. Financial resources

5. Character and mental condition

6. whether the deffendant is intoxicated

7. The length in community

8. His record of "convictions" (not pending charges).

Pg 8.



D. Basis for Jurisdiction; statement of Claims (A)(B)

9. History of flight to avoid prosecution

11. Plaintiff upon belief and information Believes the court improperly Assessed bail Restraining his libertys.

13. Plaintiff Believes That uncorroborated Testimony, of incarcerated individuals, seeking Deals, of whom are Convicted felons, Statements are unconstitutional To establish Probable Cause.



INJuries;

Durring the coarse of events, The Plaintiff has sustained:

1. mental Tourment, as His wife left him for another man, while He has Been Incarcerated, as He could not avoid it.

2. mental Distress, Anxiety, awaiting trial, worrying about his outside life, possesions, social scruting, He now takes medication for mental Health reasons, which started since incarceration.

3. His finacial resources have been depleted, causes him to struggle to get necessitys, food, hygene, paper, envelopes, and needed supplys.

4. Un Due stress, as He has lost nearly 60 pounds since incarceration.



Injuries;

5. Even though The Plaintiffs wife came back, There has been Damage, relationship wise, that cannot be repaired.

6. Plaintiff had to liquidate his possesions, of what he has aquired over the years, to have financial stability, for a Temporary length of time, which now is Depleted, such items That had Sentimental Value, of which cannot be replaced.

7. This incident caused seperation of the Plaintiff from His wife, and three children, There are untold, and unconscious events, where The Plaintiffs Presence, Could have aided his childrens future, and there decisions,

8. His children Had to be removed from Cabarrus Charter Academy, on the count of, His wifes inability to get His children To and fro school, Hurting Their future.

Injuries;

9. This inapt event Has Taken time from the Plaintiffs life span, that cannot be replaced, Nor can His familys.

10. There is No telling. How this unDue stress, Anxiety, Depression, as well as the medication, will affect the Plaintiffs health long term.

11. the Plaintiff now has nowhere to live when he gets out of Jail, Due To the embarrassment of this episode, creating unnecessary tension with his mother-inlaw.

12. The Plaintiff, Prior to incarceration, was In the Process of starting a towing and auto repair business, He was having a semi successful Process, There is no way of knowing how much money, and The Heigth of the Potential size the business could Have been.

13. The media, has slandered The Plaintiffs Name, Due to this event, which may cause future businesses to fail.



(D). Basis For Jurisdiction;

11. Detectives, while searching the Plaintiffs House made threatening, Intimidating comments to the Plaintiffs 8 year old Son, 18 USC sec. 241

12. The sheriffs office was made Known. The Perjury committed by Detective Barkley, and Failed to rectify it.

13. All The Afore Stated, amounts To Kidnapping, violating 18 U.S.C. sec. 241-242 as The Plaintiff has been Kidnapped, held for Ransom, Intimidated, oppressed, as Fraud has been Committed upon The Court by officials acting under the Color of law.

14. Upon Belief and information, Detectives violated 18 USC. sec. 1038, when giving False information under oath.

injuries;

14. Public enbarrassment, from the media.

15. Emotional Distress, from The victums family believing the Plaintiff committed this crime.

16. Un Due emotional Distress, as his wife and children are struggling, his wife's vehicle is broken, with No finances for repairs, no one to repair, as has been the Plaintiffs Duty for the Past 15 years.

17. Tramatic experiences while in Jail.

18. Un Due Pain from Prior injury Jail neglected To treat. (hip replacement), which caused further injury.

19. Potential Divorce, of a fifteen year Relationship, Trying To work It out, but the emotional Pain is Deep.

Relief:

1. The plaintiff asks for compensation, in the amount of $2,400,000.00 Two million, four hundred Thousand, Dollars.

2. The Basis for this request, is the items of sentimental value, That of which were sold, Pain and suffering, mental Distress, The ~~federal~~ financial stress on The Plaintiff, and his family, The mental stress over his wife leaving him, being irepairable, The Time Taken from his and his familys life, that cannot be replaced by any amount of money, The public accusations, The loss of start of Plaintiffs business, The loss of his rollback, Tools, Time invested, Public scruting, The Damage of which is unknown to his childrens Education, Public embarrassment, The fact That The D/A's office believes $800,000.00 is worth restraining The Plaintiff of his liberties each Day, or quarter, Plaintiff is only asking for 3 times The amount, and feels it is Just compensation.

Relief;

3. Ensure No individual, is made to experience, This violation of humanity, captivity, by false bearing;

1. By requirments, of age and experience To hold Position, on any police, sheriff, or state Trooper Force;

2. Requirements, For sole use of Hearsay Testimony, as only evidence, such as must show knowledge that is not public Knowledge, must have full corroboration of testimony.

3. By making Deterrent laws, and rules, Punishing officers, who committ Perjury, or Give false truths, as criminal offenses, and Bind them To These laws and rules, That of which should be harsher than That of civilian punishment, as they have Power to Damage citizens lives;

4. Removal of officers Barkley, Ratledge.



Relief;

5. Retention of a knew probable Cause
standard, one of which, promotes Fairness
in the proceeding. To where the Judge
is to test the validity of the
States evidence, and not the notion of
indicting a ham sandwhich.

6. The inquiry into Habeas corpus, Through
Petition of The imprisoned, upon special
request, To test the validity of states
evidence, and release such if validity
is of a sub-par standard.