John P. Jandrew
Rowan County Jail
115 W. Liberty St
Salisbury, NC,
28144



Clerk of US District Court
North Carolina Middle District
324 W. Market St.
Greensboro, NC, 27401

RECEIVED In This Office
OCT 23 2023
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.

INSPECTED

Mailed from the
ROWAN COUNTY
DETENTION CENTER

LEGAL MAIL

