IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN P. JANDREW,                    )
                                    )
              Plaintiff,            )
                                    )
    v.                              )          1:23CV901
                                    )
ROWAN COUNTY SHERIFF'S,             )
OFFICE, et al.,                     )
                                    )
              Defendant(s).         )

**JUDGMENT**

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 9, 2023, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation of the United States Magistrate Judge.


                              /s/   Thomas D. Schroeder
                              United States District Judge

December 12, 2023